IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
          Plaintiff,

v.                                    Criminal No. 5:08CR50009

ACAMBARO MEXICAN RESTAURANT, INC.
GARCIA'S DISTRIBUTOR, INC.
GARIBALDI MEXICAN RESTAURANT, INC.,
          Defendants.

## FINAL ORDER OF FORFEITURE

On August 7, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the

provisions of 18 U.S.C. § 982 and 21 U.S.C. § 853, based upon the defendants' guilty pleas to Count

One of the Indictment.

On September 5, 12, and 19, 2008, the United States published in the Arkansas Democrat

Gazette, a newspaper of general circulation in the county in which this case arose, notice of this

forfeiture and the intent of the United States to dispose of the property in accordance with the law.

The notice further notified all third parties of their rights to petition the Court within thirty (30) days

of the publication for a hearing to adjudicate the validity of their alleged legal interest in the property

subject to forfeiture.

More than thirty (30) days have passed since the final publication and no third party

petitions have been filed.

Accordingly, it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty pleas, the factual basis present to the Court, the agreement

of the parties, and the reasons stated at bar, the Court finds that the total sum of $400,000.00 which

has previously been tendered to the United States by the defendants pursuant to the Preliminary Order of Forfeiture entered herein, is hereby forfeited to the United States and shall be disposed of according to law.

IT IS SO ORDERED this 27th day of April, 2009.

HONORABLE JIMM LARRY HENDREN
CHIEF U.S. DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 27 2009

Chris R. Johnson, CLERK

BY
DEPUTY CLERK